No. 07-14-00153-CR

| | | |
|---|---|---|
| Cage Chaparro<br>  Appellant | § | From the 364th District Court<br>  of Lubbock County |
| | § | |
| v. | | May 12, 2016 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 12, 2016, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 364th District Court of Lubbock County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o